UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL LEE DUVALL,<br><br>　　　　　　　Defendant. | **CASE NO.   20CR1857-WQH**<br><br>ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that the motion to continue is granted (ECF No. 52), and the motion hearing/trial setting in this matter now scheduled for January 8, 2024, is continued to Tuesday, February 20, 2024, at 9:00 a.m.

The court finds that time is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) and that for the reasons listed in the joint motion and incorporated by reference herein, the ends of justice served by granting the requested continuance outweigh the best interest of the public and Mr. Duvall in a speedy trial.

**IT IS SO ORDERED**.

Dated:   January 5, 2024

　　　　　　　　　　　　　　　　　_William Q. Hayes_
　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　United States District Court